IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID GLENN SMITH, SR.,

      Plaintiff,

vs.                                        CASE NO. 5:07cv63/RS

HUNDUR, LTD and SUMMIT
CLAIMS CENTER,

      Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 10). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed for lack of subject matter jurisdiction.

3. The clerk is directed to close the file.

ORDERED on July 19, 2007.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**